# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN D. CAMPBELL SR., | Case No.: 2:20-cv-01665-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 6] |
| STATE OF NEVADA, | |
| Defendant | |

On January 5, 2021, Magistrate Judge Koppe recommended that I close this case because plaintiff Nathan Campbell has not paid the filing fee or completed an application to proceed in forma pauperis by the given deadline. ECF No. 6. Campbell did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 6) is accepted**. The clerk of court is instructed to close this case.

DATED this 2nd day of February, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE